In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-506 CR


____________________



MARY QUIBODEAUX LEJUNE, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 92471






MEMORANDUM OPINION (1)


 Mary Quibodeaux LeJune was convicted of attempt to possess a controlled substance
by fraud and sentenced to 5 years of imprisonment. LeJune filed a notice of appeal on
November 16, 2004. The trial court entered a certification of the defendant's right to
appeal in which the court certified that this is a plea-bargain case and the defendant has no
right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's certification has been
provided to the Court of Appeals by the district clerk.

 On December 1, 2004, we notified the parties that the appeal would be dismissed
unless an amended certification was filed within thirty days of the date of the notice and
made a part of the appellate record. See Tex. R. App. P. 37.1. The record has not been
supplemented with an amended certification. Because a certification that shows the
defendant has the right of appeal has not been made part of the record, the appeal must be
dismissed. See Tex. R. App. P. 25.2(d).

 Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered January 19, 2005

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Tex. R. App. P. 47.4.